United States District Court § Southern District of Texas

Eddie Tyron Shaw, §
    Plaintiff, §
§
v. § Civil Action H-19-1426
§
Lorie Davis, §
    Respondent. §

## Order of Adoption

On July 1, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (6) recommending that the court transfer Shaw's petition to the United States Court of Appeals for the Fifth Circuit. No objections were filed. The court adopts the memorandum and recommendation as its opinion. It is ordered that this case be transferred to the United States Court of Appeals for the Fifth Circuit.

Signed on July 24, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge